245 EAST 37TH STREET, INC., Respondent, *v.* FIREMAN'S FUND INDEMNITY COMPANY, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

*Robert E. Curran* for motion.
*Allen Moss* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, on the ground that the order was made in a proceeding originally commenced in a court other than the Supreme Court, a County Court, a Surrogate's Court or the Court of Claims (Civ. Prac. Act, § 589, subd. 1, cl. [b]).